WILL OF HUEBNER: HUEBNER, Appellant, vs. PROBERT, Administrator, etc., Respondent.

For the appellant: *Shannon & Cronin* of Oconomowoc.
For the respondent: *N. W. Evans* of Oconomowoc.

*By the Court.*—Judgment affirmed.

WAGNER, Respondent, vs. LEVY, imp., Appellant.

For the appellant: *Joseph Eder,* attorney, and *John L. Newman* of counsel, both of Milwaukee.
For the respondent: *Julius O. Roehl* of Milwaukee.

*By the Court.*—Judgment affirmed.

FIDELITY PHENIX FIRE INSURANCE COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION OF WISCONSIN and another, Respondents.

For the appellants: *Bender, Trump, McIntyre & Freeman,* attorneys, and *Robert R. Freeman* and *Ronold A. Drechsler* of counsel, all of Milwaukee.
For the respondents: *John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.